IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELBY STIVERS**                                                                                                       **PLAINTIFF**

v.                                             No. 4:22-cv-1253-JM

**DOUGLAS HUNTER;**
**CITY OF MAYFLOWER;**
**and ROBERT ALCON**                                                                                          **DEFENDANTS**

### ORDER

On February 15, 2023, this Court ordered Shelby Stivers to update, within 30 days, his address and to indicate in writing whether he intended to pursue the lawsuit. (Doc. 8). The Court warned that failure to do so would result in the dismissal of his complaint. (*Id*.). Stivers's mail has been returned as undeliverable. (Doc. 7, 9). Because Stivers has not complied with the Court's February 15th Order as required by the Local Rules, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE