IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELBY STIVERS**                                                                                    **PLAINTIFF**

v.                                            No. 4:22-cv-1253-JM

**DOUGLAS HUNTER;**
**CITY OF MAYFLOWER;**
**and ROBERT ALCON**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE